## UNITED STATES BANKRUPTCY COURT

### SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In Re: | ) | Case No. 18-00622-11 |
| | ) | |
| **ZERO ENERGY SYSTEMS, LLC** | ) | Chapter 11 |
| | ) | |
| Debtor and Debtor in Possession | ) | Hon. _____ |
| | ) | |
| 428 Westcor Drive | ) | **DECLARATION OF CHRISTOPHER** |
| Coralville, IA 52241 | ) | **SCOTT LONG a/k/a/ SCOTT LONG IN** |
| | ) | **SUPPORT OF FIRST DAY MOTIONS** |
| EIN 27-0420419 | ) | |
| | ) | No Hearing Set |

I, Christopher Scott Long a/k/a Scott Long, declare:

I am the duly appointed, acting, and authorized Chief Executive Officer and Managing Member of Zero Energy Systems, LLC ("ZES"), Debtor and Debtor in Possession in this case pending before this Court. I make this Declaration in support of the Debtor's First Day Motions and if called as a witness, I could and would be competent to testify to the following.

ZES opened its doors in the summer of 2014 and is headquartered in Coralville, Iowa. 60 people are employed by ZES with the average tenure being two years. Approximately 10% of ZES' work force are veterans. The primary business of ZES is as a manufacturer of custom insulated concrete wall panels for residential, commercial, and industrial use. ZES' panels have been utilized in schools, churches, manufacturing and distribution facilities, convenience stores, cold storage units, and large warehouses in several Midwest states. ZES generated approximately 4 million dollars in annual revenue in the fiscal year ending 2017, and has 6 million dollars in orders for 2018 already under contract. ZES serves its customers in seven states through one location—centrally located in Coralville, Iowa, at the I-80/380 interchange.

1

Insulated concrete panels have been produced in the United States for more than 35 years using traditional casting methods such as tilt-up, cast-in-place, and precast. With these methods came customer complaints of time-consuming panel production, structural flaws, and misaligned window and door openings. ZES saw a need for more precision in panel manufacturing, a more cost-effective and faster concept-to-production process that provided more customer satisfaction than what competitors could offer. ZES' state-of-the-art production facility is redefining the industry with its precision CAD-based software and proprietary machine systems featuring a carousel manufacturing process.

I am second generation to this business as my father developed much of this technology in Iowa in the early 1980's. Our family businesses have employed thousands of people in this state since then. Although ZES opened its plant less than four years ago, success has been proven with all of our customers. Safer, more energy-efficient buildings have benefited multiple school districts, governmental agencies, utility companies, private sector businesses, and Indian tribes. Our advanced manufacturing process allows for faster construction, thus saving our clients time and money.

Over the last four years ZES has grown its sales 100% year over year and is on track for 300% growth in 2018. Fulfilling all of the customer demand for our products has led ZES to grow quicker than our lender and capital structure would allow for.

I declare under penalty of perjury, under the laws of the State of Iowa and the laws of the United States, that the foregoing is true and correct and is executed this 25th day of March, 2018, in Coralville, Iowa.

Dated: March 25, 2018

/s/ Christopher Scott Long
Christopher Scott Long
a/k/a Scott Long

2